**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

_____

MATTHEW D. RASMUSSEN,                                Civil No. 08-5254 (JRT/AJB)

                           Plaintiff,

v.

                                                   **ORDER FOR DISMISSAL**

MINNESOTA LIFE INSURANCE
COMPANY,

                           Defendant.

_____

Based upon the letter/voluntary dismissal received from the plaintiff [Docket No. 25], and no objection by defendant's attorney,

**IT IS HEREBY ORDERED** that the above-entitled action is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

DATED: July 2, 009
at Minneapolis, Minnesota.                          s/John R. Tunheim
                                               JOHN R. TUNHEIM
                                    United States District Judge